```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19438
    STEPHANIE SHANKS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8219


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/19/2007 and was confirmed 12/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
BARCLAYS CAPITAL REAL ES  CURRENT MORTG        .00          .00           .00
BARCLAYS CAPITAL REAL ES  MORTGAGE ARRE     206.14          .00        206.14
HOMEQ SERVICING CORPORAT  CURRENT MORTG        .00          .00           .00
CHASE BANK                UNSECURED       NOT FILED         .00           .00
CITY OF CHICAGO PARKING   UNSECURED          400.00         .00        400.00
ILLINOIS COLLECTION SE    UNSECURED       NOT FILED         .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          462.98         .00        462.98
TURNER ACCEPTANCE         UNSECURED       NOT FILED         .00           .00
UNITED ADJUSTMENT SERVIC  UNSECURED       NOT FILED         .00           .00
US DEPT OF EDUCATION      UNSECURED            .00          .00           .00
PROVIDIAN                 UNSECURED       NOT FILED         .00           .00
HOMEQ SERVICING CORPORAT  MORTGAGE ARRE        .00          .00           .00
HOMEQ SERVICING CORPORAT  NOTICE ONLY    NOT FILED          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,360.50                   3,360.50
TOM VAUGHN                TRUSTEE                                      353.37
DEBTOR REFUND             REFUND                                       308.53

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              5,091.52

PRIORITY                                           .00
SECURED                                         206.14
UNSECURED                                       862.98
ADMINISTRATIVE                                3,360.50
TRUSTEE COMPENSATION                            353.37
DEBTOR REFUND                                   308.53
                     ---------------        ---------------
TOTALS               5,091.52                 5,091.52

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 19438 STEPHANIE SHANKS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 19438 STEPHANIE SHANKS